DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STATE v. BUMGARNER

No. 152P90

Case below: 97 N.C.App. 567

Petition by defendant for writ of supersedeas and temporary stay denied 24 April 1990. Notice of appeal by defendant pursuant to G.S. 7A-30 dismissed 24 April 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 April 1990.

## STATE v. EVERETT

No. 157A90

Case below: 98 N.C.App. 23

Petition by Attorney General for writ of supersedeas and temporary stay denied 23 April 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## STATE v. GANDY

No. 144P90

Case below: 98 N.C.App. 155

Petition by defendant for temporary stay allowed 20 April 1990 conditioned upon secured appearance bond remaining in full force and effect.

## STATE v. HAMILTON

No. 56P90

Case below: 97 N.C.App. 143

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 10 May 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## STATE v. HOPE

No. 12P90

Case below: 96 N.C.App. 498

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.